FLASH SEATS, LLC, Plaintiff–Appellant,

v.

PACIOLAN, INC., Defendant–Appellee.

Nos. 2012–1053, 2012–1093.

United States Court of Appeals, Federal Circuit.

June 8, 2012.

Brian T. Moriarty, Hamilton, Brook, Smith & Reynolds, PC, of Concord, MA, argued for plaintiff-appellant.

Clement S. Roberts, Durie Tangri LLP, of San Francisco, CA, argued for defendant-appellee. With him on the brief were Daralyn J. Durie and Eugene Novikov.

Before DYK, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**